◼ In the Matter of DAYVON G., Appellant. AMBER B., Respondent. [43 NYS3d 742]—

Order, Family Court, New York County (Marva A. Burnett, Ref.), entered on or about June 5, 2015, which, in this custody matter, awarded sole legal and physical custody of the parties' child to respondent mother, and granted petitioner father visitation, unanimously affirmed, without costs.

The Referee's custody determination has a sound and substantial basis in the record. The Referee appropriately considered the best interests of the child in light of the totality of the circumstances (*see Eschbach v Eschbach*, 56 NY2d 167, 172-174 [1982]; *Friederwitzer v Friederwitzer*, 55 NY2d 89, 93-94 [1982]), and the father has identified no grounds to disturb the determination (*see Matter of Louise E.S. v W. Stephen S.*, 64 NY2d 946, 947 [1985]; *Matter of Carl T. v Yajaira A.C.*, 95 AD3d 640, 641 [1st Dept 2012]). Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZAZIL EGHEBAMIEN, Appellant. [43 NYS3d 892]—Judgment, Supreme Court, Bronx County (Caesar D. Cirigliano, J., at plea; William McGuire, J., at sentence), rendered November 20, 2012, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Friedman, J.P., Sweeny, Richter, Manzanet-Daniels and Kapnick, JJ.